UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROOKLYN WAFFLES, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> SILK CITY SNACKS, LLC and JACK PEDOWITZ MACHINERY MOVERS, <br><br> Defendants. | 2:20-CV-15846-BRM-JAD |

## SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the Court, Plaintiff, BROOKLYN WAFFLES ("Plaintiff"), substitutes Jason M. Cieri, Esq., of MORGAN & MORGAN, State Bar No. 5242938, as counsel of record in place of Paul L. LaSalle, Esq., of MERLIN LAW GROUP, P.A.

Contact information for new counsel, is as follows:

Jason M. Cieri, Esq.
jcieri@forthepeople.com
**MORGAN & MORGAN**
100 Somerset Corporate Blvd.,
Floor 2, Suite 107
Bridgewater, New Jersey 08807
Telephone: 908.895.6747
Facsimile: 908.895.5937

I, Plaintiff, BROOKLYN WAFFLES, LLC, do hereby consent to the above substitution of counsel.

Date: February __, 2021

*Meyer Futersak*
_____
Meyer Futersak
*On behalf of Plaintiff, Brooklyn Waffles, LLC*

Date: February ___, 2021

_____
Maurice Deutsch
*On behalf of Plaintiff, Brooklyn Waffles, LLC*

I consent to being substituted.

Date: February 10, 2021

/s/: Paul L. LaSalle, Esq.
Paul L. LaSalle, Esq.

I consent to the above substitution.

Date: February 10, 2021

/s/: Jason M. Cieri, Esq.
Jason M. Cieri, Esq.

The substation of attorney is hereby approved and so **ORDERED**

Date:

_____
Hon. Brian R. Martiotti