UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------------x

| | |
|---|---|
| BROOKLYN WAFFLES, LLC, | Civil Action No.:. 2:20-cv-15846-BRM-JSA |
| Plaintiff, | |
| -against- | **STIPULATION AND ORDER SUBSTITUTING ATTORNEYS** |
| SILK CITY SNACKS, LLC and JACK PEDOWITZ MACHINERY MOVERS, | |
| Defendants. | |

-----------------------------------------------------------------------------x

    The undersigned hereby stipulate and consent to the substitution of MOLOD, SPITZ, & DESANTIS, P.C., located at 1430 Broadway, New York, NY, 10018, by and through its attorneys, as counsel of record for the Plaintiff herein, in the place of MORGAN & MORGAN P.A.., located at 100 Somerset Corp. Blvd, Bridgewater, NJ 08807, as of the date hereof, and this substitution shall be entered into effect without further notice. .

Dated: September 13, 2021

Morgan & Morgan, P.A.

By:_____
Robert Trautmann.

**Outgoing Attorneys for Plaintiff**
100 Somerset Corp. Blvd.-2nd Floor
Suite 107
Bridgewater, NJ 08807
908-895-6747

MOLOD SPITZ & DeSANTIS, P.C.

By: _____

David B. Owens, Esq.
**Incoming Attorney(s) for Plaintiff**
1430 Broadway, 21st Floor
New York, NY 10018
Tel. 212.869.3200
Fax 212.869.4242
dowens@molodspitz.com

**SO ORDERED:**

_____
U.S.D.J.